## Keystone Mausoleum Co. *v.* Foster, Appellant.

Argued April 17, 1919. Appeal, No. 102, April T., 1919, by defendant, from judgment of C. P. Venango County, April T., 1914, No. 45, on verdict for plaintiff in case of Keystone Mausoleum Co. v. Verley Foster, Executrix of last Will and Testament of George W. Foster, Deceased. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, WILLIAMS and KELLER, JJ. Reversed.

OPINION BY TREXLER, J., July 17, 1919:

The questions of law in this case are the same as in No. 80, April Term, 1919, in which we herewith file an opinion. For the reasons there stated the judgment in this case is reversed and a venire facias de novo is awarded.